OCTOBER 31, 1975

No. 75–5075. VICK *v.* NORTH CAROLINA. Sup. Ct. N. C. Certiorari dismissed under this Court's Rule 60.

NOVEMBER 3, 1975*

No. 74–6444. PITTS ET AL. *v.* FLORIDA. Dist. Ct. App. Fla., 1st Dist. Certiorari dismissed under this Court's Rule 60.

No. 75–134. CANNON *v.* GUSTE ET AL. Affirmed on appeal from D. C. E. D. La.

No. 75–257. BAKER *v.* UNITED STATES. Appeal from C. A. 5th Cir. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 75–302. SMALL ET AL. *v.* PANGLE, TREASURER OF KANKAKEE COUNTY, ET AL. Appeal from Sup. Ct. Ill. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.